

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 23 2013

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

# UNITED STATES DISTRICT COURT
## Western District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| DARRELL KEITH SIMPSON | |

Case No. 4:13-CR-00048-01-BRW
USM No. 18228-045

Justin Eisele
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   Special, General & Standard   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special | Consumption or Possession of alcoholic beverage or beer | 01/10/2013 |
| General | Commission of another federal, state, or local crime | 02/22/2013 |
| General | Illegal possession of a controlled substance | 02/22/2013 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   3027

Defendant's Year of Birth:   1968

City and State of Defendant's Residence:
_____

08/22/2013
Date of Imposition of Judgment

_Signature of Judge_

BILLY ROY WILSON,          U.S. District Judge
Name and Title of Judge

8-23-2013
Date

DEFENDANT: DARRELL KEITH SIMPSON
CASE NUMBER: 4:13-CR-00048-01-BRW

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| General | Unlawful use of a controlled substance. | 02/11/2013 |
| Standard (3) | Failure to answer truthfully all inquiries by the probation officer and follow instructions of the probation officer. | 02/25/2013 |
| Standard (7) | Failure to refrain from excessive use of alcohol and shall not purchase possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by physican. | 02/22/2013 |

DEFENDANT: DARRELL KEITH SIMPSON
CASE NUMBER: 4:13-CR-00048-01-BRW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

19 months, with no term of supervised release to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant participate in nonresidential substance-abuse and mental health treatment during incarceration. The Court also recommends the defendant be designated to an institution located in Arkansas or as close as possible.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL